**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Billy LANE, Defendant–Appellant.**

**No. 15–40558
Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Date Filed: 08/08/2016

Tracey M. Batson, Assistant U.S. Attorney, Plano, TX, Plaintiff–Appellee.

Billy Lane, Tennessee Colony, TX, for Defendant–Appellant.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Billy Lane has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Lane has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Lane's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. We decline to consider Lane's ineffective assistance of counsel claims, without prejudice to his ability to assert

---

such claims on collateral review. *See United States v. Isgar,* 739 F.3d 829, 841 (5th Cir. 2014).

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.